STEVEN G. KALAR
Federal Public Defender
GABRIELA BISCHOF
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:         gabriela_bischof@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00311-001 MMC |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |
| JONATHAN FRANCIS GILDART, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 27

   Criminal History Category:  III

   Guideline Range: 87 to 108 months

   Mandatory Minimum: 60 months

*3582 STIP,* 13-00311-001 MMC
DEF. GILDART                                          1

3.  Defendant was sentenced to 87 months imprisonment on September 4, 2013.

4.  According to the Bureau of Prisons, Defendant's current projected release date is June 10, 2018.

5.  Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.  Defendant's revised guideline calculation is as follows:

    Total Offense Level: 25

    Criminal History Category: III

    Guideline Range: 70 to 87 months

    Mandatory Minimum: 60 months

7.  The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.  Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 70 months**, effective November 1, 2015.

9.  The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

July 7, 2015                                       /s/
_____          _____
DATED                                    MELINDA L. HAAG
                                                United States Attorney
                                                J. DOUGLAS WILSON
                                                Assistant United States Attorney
                                                Northern District of California

July 7, 2015                                       /s/
_____          _____
DATED                                    STEVEN G. KALAR
                                                Federal Public Defender
                                                GABRIELA BISCHOF
                                                Assistant Federal Public Defender
                                                Northern District of California

### [PROPOSED] ORDER

IT IS SO ORDERED.

July 14, 2015                              /s/ Maxine M. Chesney
DATED                                    MAXINE M. CHESNEY
                                                United States District Judge

*3582 STIP*, 13-00311-001 MMC
DEF. GILDART                                           3